NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSPEH DUNSAY,<br><br>              Plaintiff,<br>v.<br><br>BERGEN REGIONAL MEDICAL CENTER,<br><br>              Defendants. | Civil Action No.: 16-5442 (CCC-JBC)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge James B. Clark to dismiss this matter for lack of standing. (ECF No. 44). The deadline to file objections to Judge Clark's Report and Recommendation was December 29, 2017, and no objections have been filed thereto. The Court has considered the background and history of this case along with Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein:

IT IS on this 3 day of January, 2018

**ORDERED** that this Court adopts Judge Clark's December 15, 2017 Report and Recommendation that this matter be **DISMISSED WITHOUT PREJUDICE** for lack of standing; and it is further

**ORDERED** the Clerk of Court shall **CLOSE** the file in this matter.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.